# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-706
Lower Tribunal No. 22-CF-015033

_____

WILLIAM GATES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
J. Frank Porter, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.


William Gates, Jr., Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED